IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Applied Systems, Inc., a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 09 cv 2741 |
| | ) | |
| v. | ) | |
| | ) | Hon. Amy J. St. Eve |
| Blue Goose Agency Services, LLC, a Mississippi limited liability company; and | ) | Presiding Judge |
| | ) | |
| | ) | Hon. Geraldine Soat Brown |
| Blue Goose Technology Solutions, Inc., a North Carolina corporation, | ) | Magistrate Judge |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION REQUESTING SETTLEMENT CONFERENCE
BEFORE HONORABLE AMY J. ST. EVE, PRESIDING JUDGE**

Plaintiff, Applied Systems, Inc. ("Applied Systems"), and defendants, Blue Goose Agency Services, LLC and Blue Goose Technology Solutions, Inc. (collectively "Blue Goose"), respectfully request a settlement conference before this Court. In support of their joint motion, the parties state as follows:

1. On May 11, 2009, this Court entered a temporary restraining order against Blue Goose and set a status and preliminary injunction hearing for Wednesday, May 20, 2009. (D.I. 14).

2. Since entry of the temporary restraining order against Blue Goose on May 11, 2009, the parties have worked diligently and in good faith to resolve this matter without the need for further proceedings.

3. To that end, on May 19, 2009, this Court granted the parties' agreed motion to extend the temporary restraining order and preliminary injunction hearing date. (D.I. 20).

4. This Court extended the preliminary injunction hearing date and the temporary restraining order to June 4, 2009. (*Id.*)

5. On June 3, 2009, this Court granted the parties' agreed motion to further extend the temporary restraining order and preliminary injunction hearing date. (D.I. 23).

6. This Court extended the preliminary injunction hearing date and the temporary restraining order to June 29, 2009. (*Id.*)

7. On June 26, 2009, this Court granted the parties' agreed motion to further extend the temporary restraining order and preliminary injunction date so that the parties could request a court-conducted settlement conference. (D.I. 32).

8. This Court extended the preliminary injunction hearing date and the temporary restraining order to August 13, 2009. (*Id.*)

9. On July 2, 2009, this Court referred this case to the calendar of Honorable Geraldine Soat Brown for the purpose of holding proceedings related to a settlement conference. (D.I. 33)

10. While the parties have every confidence that Magistrate Judge Soat Brown would assist them greatly in resolving the last remaining issues preventing them from settling this matter, the parties believe that this Court, with its prior knowledge of the facts, may be in an even better position to do so.

11. The parties acknowledge that this Court will be the ultimate fact-finder in this case should they be unable to finally and fully settle this matter and nevertheless request that this Court conduct the settlement conference.

WHEREFORE, Applied Systems and Blue Goose respectfully request that the Court enter an Order:

A. Striking its July 2, 2009 Order referring this case to the calendar of Honorable Geraldine Soat Brown for the purpose of holding proceedings related to a settlement conference; and

B. Scheduling a settlement conference before this Court on the earliest day in late July or early August 2009 that is available for this Court and the parties.

Dated this 7th day of July 2009.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| __/s/ Lisa A. Carroll_____ <br> One of the attorneys for Plaintiff, Applied Systems, Inc. <br><br> Lisa A. Carroll <br> (lcarroll@appliedsystems.com) <br> Applied Systems, Inc. <br> 200 Applied Parkway <br> University Park, Illinois  60484 <br> telephone:  708-534-5575 <br><br> Emily R. Sherrer <br> (emily.sherrer@klgates.com) <br> K&L Gates LLP <br> 70 West Madison Street <br> Suite 3100 <br> Chicago, Illinois 60602 <br> telephone: 312.372.1121 | __/s/ Floyd D. Perkins_ [By Consent]_____ <br> One of the attorneys for Defendants Blue Goose Agency Services, LLC and Blue Goose Technology Solutions, Inc. <br><br> Floyd D. Perkins <br> (FDPerkins@uhlaw.com) <br> Ungaretti & Harris LLP <br> 3500 Three First National Plaza <br> Chicago, Illinois  60602 <br> telephone: 312.977.4411 |

- 4 -

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that service of the foregoing **Joint Motion Requesting Settlement Conference before Honorable Amy J. St. Eve, Presiding Judge** was accomplished through ECF on all Electronic Filing Users of record this 7th day of July 2009.

             /s/ *Lisa A. Carroll*
            One of the Attorneys for Plaintiff,
            Applied Systems, Inc.