**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Applied Systems, Inc.

                                       Plaintiff,

v.                                                                            Case No.: 1:09−cv−02741
                                                                          Honorable Amy J. St. Eve

Blue Goose Agency Services, LLC, et al.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 6, 2009:

      MINUTE entry before the Honorable Amy J. St. Eve:Settlement conference held on 8/6/2009. Parties were able to reach an agreement to settle the case. Preliminary injunction hearing set for 8/13/09 is stricken. Status hearing set for 8/13/09 is stricken and reset to 9/9/09 at 8:30 a.m. In light of settlement, this case is hereby dismissed without prejudice with leave to reinstate by 9/11/09. After 9/11/09, said dismissal will be with prejudice. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.